SEALED

FILED

JUL 11 2023

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OKLAHOMA**

Mark C. McCartt, Clerk
U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. **23 CR 235 GKF** |
| Plaintiff, | **FILED UNDER SEAL** |
| v. | **INDICTMENT** |
| ARTHUR EDWARD SUAREZ, a/k/a "Jesse," TAUSHA MICHELLE SWARER, NICHOLAS LAWRENCE GUILFOYLE, a/k/a "Whiteboy," | [COUNT ONE: 21 U.S.C. §§ 846 and 841(b)(1)(B)(viii) – Drug Conspiracy; COUNTS TWO through FOUR: 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)(viii) – Distribution of Methamphetamine; COUNT FIVE: 18 U.S.C. §§ 922(g)(1) and 924(a)(8) – Felon in Possession of Firearms; Forfeiture Allegation: 18 U.S.C. § 924(d)(1), 21 U.S.C. § 853, and 28 U.S.C. § 2461(c)—Drug and Firearms Forfeiture] |
| Defendants. | |

**THE GRAND JURY CHARGES:**

**COUNT ONE**
**[21 U.S.C. §§ 846 and 841(b)(1)(B)(viii)]**

From in or about August 2022 to the date of this Indictment, in the Northern

District of Oklahoma and elsewhere, the defendants, **ARTHUR EDWARD**

**SUAREZ**, a/k/a "Jesse," and **TAUSHA MICHELLE SWARER**, knowingly,

intentionally, and willfully conspired, confederated, and agreed, together and with

others known and unknown to the Grand Jury, to distribute and to possess with

intent to distribute 50 grams or more of a mixture and substance containing a

detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

All in violation of Title 21, United States Code, Sections 846 and 841(b)(1)(B)(viii).

## COUNT TWO
### [21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)(viii)]

On or about August 9, 2022, in the Northern District of Oklahoma, the defendants, **ARTHUR EDWARD SUAREZ**, a/k/a "Jesse," and **TAUSHA MICHELLE SWARER**, knowingly and intentionally distributed 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(viii).

## COUNT THREE
### [21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)(viii)]

On or about August 18, 2022, in the Northern District of Oklahoma, the defendants, **ARTHUR EDWARD SUAREZ**, a/k/a "Jesse," and **TAUSHA MICHELLE SWARER**, knowingly and intentionally distributed 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(viii).

## COUNT FOUR
### [21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)(viii)]

On or about September 7, 2022, in the Northern District of Oklahoma, the defendants, **ARTHUR EDWARD SUAREZ**, a/k/a "Jesse," and **TAUSHA MICHELLE SWARER**, knowingly and intentionally distributed 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(viii).

## COUNT FIVE
**[18 U.S.C. §§ 922(g)(1) and 924(a)(8)]**

On or about September 7, 2022, in the Northern District of Oklahoma, the

defendant, **NICHOLAS LAWRENCE GUILFOYLE, a/k/a "Whiteboy,"**

knowing he had previously been convicted of at least one of the following crimes

punishable by imprisonment for terms exceeding one year:

> Trafficking in Illegal Drugs, Case No. CF-2020-775, in the District Court of Tulsa
>
> County, State of Oklahoma, on September 17, 2020,

knowingly possessed in and affecting interstate commerce the following firearms:

1. Beretta, model: BU9 Nano, 9mm caliber pistol, SN: NU089839; and

2. AREX, model: Delta M Gen 2, 9mm caliber pistol, SN: G31171.

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## FORFEITURE ALLEGATION
### [18 U.S.C. § 924(d)(1), 21 U.S.C. § 853, and 28 U.S.C. § 2461(c)]

The allegations contained in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 924(d)(1), Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c).

Upon conviction of the offenses alleged in this Indictment, as a part of their sentences, the defendants, **ARTHUR EDWARD SUAREZ,** a/k/a "Jesse," **TAUSHA MICHELLE SWARER** and **NICHOLAS LAWRENCE GUILFOYLE**, a/k/a "Whiteboy," shall forfeit to the United States any property constituting, or derived from, or traceable to, the proceeds obtained, directly or indirectly, as a result of such violations, any firearm and ammunition involved in or used in the knowing commission of such offenses, and any property, real or personal, that was used or intended to be used to commit or to facilitate the violations of federal law.

All pursuant to Title 18, United States Code, Section 924(d)(1), Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c).

CLINTON J. JOHNSON
United States Attorney

A TRUE BILL

_JOEL-LYN A. MCCORMICK_
JOEL-LYN A. MCCORMICK
Assistant United States Attorney

_/s/ Grand Jury Foreperson_
Grand Jury Foreperson

7