IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| United States of America<br><br>vs.<br><br>Nicholas Lawrence Guilfoyle | Plaintiff(s),<br><br><br>Defendant(s). |

Case No.: 23-CR-235-003-GKF

Criminal Information Sheet

Interpreter: Yes ☐   No ☒

Date: _____9/18/2023_____

Magistrate Judge Steele     Deputy Tami Calico     USPO E. Cervini

Date of Arrest: 9/18/2023   Arrested By: FBI _____   ☒ Detention Requested by AUSA

Bail Recommendation:   ☐ Unsecured

**Additional Conditions of Release:**

☐ a. ☐ b. _____   ☐ m _____   ☐ n ☐ o ☐ p ☐ q ☐ r ☐ s _____
☐ c. ☐ d.. ☐ e. ☐ f. ☐ g.   ☐ t (☐ 1, ☐ 2, ☐ 3, ☐ 4, ☐ 5, ☐ 6, ☐ 7)
☐ h. ☐ i. ☐ j.   ☐ u (☐ 1, ☐ 2, ☐ 3, ☐ 4, ☐ 5, ☐ 6 ☐ 7)
☐ k. (☐ i, ☐ ii, ☐ iii)   ☐ v (☐ 1, ☐ 2, ☐ 3, ☐ 4, ☐ 5, ☐ 6, ☐ 7, ☐ 8, ☐ 9, ☐ 10)
☐ l. _____   ☐ w (☐ 1, ☐ 2) ☐ X. (other) _____

Defendant Requests Federal Public Defender/Ct. Appt. Counsel:   ☒ Yes   ☐ No

Defendant's Attorney: Stephen Layman   ☐ FPD;   ☒ Ct. Appt;   ☐ Ret Counsel

AUSA: Joel-lyn McCormick / Adam Bailey for.

**MINUTES:**

Interpreter: _____; ☐ Sworn

☒ Defendant appears in person for IA on: ☒ Indictment; ☐ Information; ☐ Complaint; ☐ Petition; ☐ Rule 5
with: ☐ Ret Counsel; ☐ FPD; ☒ Ct. Appt; ☐ w/o Counsel

☒ Financial Affidavit received and FPD/CJA appointed; ☒ Present ☐ Not Present

Defendant's name **as reflected in the indictment/information/complaint/petition/Rule 5** is the true and correct legal name:

☐ Verified in open court
☒ Corrected by interlineation to _Add AKA Nicholes Lawrence Guilfoyle_
    to reflect Defendant's true and correct name and all previous filings are amended by interlineation to reflect same.
☐ Unable to verify in open court: ☐ U.S. Atty. to verify & advise court; ☐ Defendant's Attorney to verify & advise court;

Waivers executed and filed:   ☐ of Indictment; ☐ of Preliminary Exam; ☐ of Detention Hearing; ☐ of Rule 5 Hearings

☐ Bond set for _____; Bond and conditions of release executed

☐ Government's Motion for Detention and Detention Hearing filed in open court

☒ Arraignment held and Defendant pleads Not Guilty; Court accepts plea; ☒ Scheduling dates to be mailed to counsel

☐ Initial Appearance continued to: _____ at _____ a.m./p.m.
☐ Arraignment scheduled: _____ at _____ a.m./p.m.
☒ Detention Hearing scheduled: _9-22-23_ at _2:00_ a.m./p.m.
☐ Preliminary Exam scheduled: _____ at _____ a.m./p.m.
☒ Defendant remanded to custody of U.S. Marshal: ☒ Pending further proceeding; ☐ Pending release on bond for treatment
Mot. for Detention #_15_: ☐ Granted; ☐ Denied; ☐ Moot   Mot. for Hearing #_16_ ☒ Granted; ☐ Denied; ☐ Moot

**Additional Minutes:** _____
_____

Criminal Information Sheet CR-24 (11/2020)