

AO 442 (Rev. 10/13) Arrest Warrant

SEALED

UNSEALED
9/18/23

RECEIVED
JUL 12 2023
BY: USMS

# FILED

SEP 1 9 2023



Mark C. McCartt, Clerk
U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
### for the
### Northern District of Oklahoma

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No.  **23 CR 235 GKF** |
| NICHOLAS LAWRENCE GUILFOYLE, | ) | |
| a/k/a "Whiteboy," | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

       **YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* NICHOLAS LAWRENCE GUILFOYLE, a/k/a "Whiteboy," _____
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. §§ 922(g)(1) and 924(a)(8) – Felon in Possession of Firearms
18 U.S.C. § 924(d)(1), 21 U.S.C. § 853, and 28 U.S.C. § 2461(c) – Drug and Firearms Forfeiture

Date: __JUL 1 1 2023__                    _____
                                          *Issuing officer's signature*

City and state:  Tulsa, Oklahoma          _____Mark McCartt, Court Clerk_____
                                          *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)*   07/11/2023  , and the person was arrested on *(date)*   09/16/2023 |
| At *(city and state)*   Tulsa, Ok |
| Date:   09/18/2023 |
| _____<br>*Arresting officer's signature* |
| Zachariah Balser , Special Agent<br>*Printed name and title* |

JAM/kj