IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | Case No.: 23-cr-00235-GKF |
| | ) | |
| NICHOLAS LAWRENCE GUILFOYLE, | ) | |
| | ) | |
| Defendant. | ) | |

UNOPPOSED MOTION FOR CONTINUED SCHEDULING ORDER

Defendant, Nicholas Lawrence Guilfoyle, by and through undersigned counsel, respectfully moves the court to continue the scheduling order herein (Doc. #22), for a period of thirty (30) days, upon the following grounds:

1. Government discovery was produced in this matter on September 20, 2023.

2. Additional time is required for further, in-person, attorney/client review of said discovery with Mr. Guilfoyle, who is incarcerated.

3. Additional time is also required for continuing negotiations with government counsel as to an agreed disposition of this case.

4. It is estimated that thirty (30) days additional time will be sufficient for the defense to complete discovery review and trial preparation, and/or for the parties to negotiate a written plea agreement.

5. It is respectfully urged that the ends of justice served by this requested continuance outweigh the best interests of the public and the defendant in a speedy trial. *See* 18 U.S.C. §3161(h)(7)(A). It is also respectfully urged that denial of the requested continuance would result in

irreparable prejudice to defendant by denying counsel the reasonable time necessary for effective trial preparation taking into account the exercise of due diligence. *See Id.* at §3161(h)(7)(b)(iv).

6. The government, by and through Assistant U.S. Attorney Joel-lyn McCormick, has no objection to the requested continuance.

7. An executed Speedy Trial Waiver is to be filed contemporaneously herewith.

8. This Motion is submitted in good faith and not for the purpose of delay.

WHEREFORE, premises considered, the Court is respectfully moved to continue the scheduling order herein for a period of thirty (30) days for good cause as shown above.

Respectfully submitted,

s/ Stephen G. Layman
Stephen G. Layman, OBA No. 22423
LAYMAN & MORRIS, PLLC
401 South Boston Avenue | Suite 500
Tulsa, Oklahoma 74103
(918) 933-4353 *Telephone*
(918) 699-0353 *Facsimile*
steve@laymanmorris.com
COUNSEL OF RECORD FOR DEFENDANT
NICHOLAS LAWRENCE GUILFOYLE

<u>CERTIFICATE OF SERVICE</u>

I certify that on the 12th day of October 2023, a true-and-correct copy of the foregoing was served upon:

Joel-lyn McCormick
Assistant U.S. Attorney

By electronic transmission to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to ECF registrant(s) above.

<span style="margin-left:50%">s/ Stephen G. Layman</span>