UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| United States of America,<br>　　　　　　　　　　　　　Plaintiff,<br>vs.<br><br>Nicholas Lawrence Guilfoyle,<br>　　　　　　　　　　　　　Defendant. | Case No.: 23-cr-235-GKF<br><br>**WAIVER OF SPEEDY TRIAL** |

　　The Defendant, Nicholas Lawrence Guilfoyle ("Defendant") acknowledges that he/she has been fully advised of his/her right to a speedy trial and understands that right has been guaranteed by the Sixth Amendment of the United States Constitution and by the Speedy Trial Act, 18 U.S.C. § 3161. With such knowledge, Defendant freely and voluntarily waives his/her right to a speedy trial herein. Defendant requests the Court find that the ends of justice served by granting the continuance outweigh the interests of the public and Defendant in a speedy trial.

　　Defendant specifically requests that all delays resulting from a continuance of his/her jury trial from November 20, 2023 to January 19, 2024 be excluded from computation under the Speedy Trial Act pursuant to 18 U.S.C. § 3161, et. seq.

_Nicholas Guilfoyle_　　　　　　　　　　　　　_11/22/23_
Defendant　　　　　　　　　　　　　　　　　　Date

　　I have consulted with my client, Defendant, who has expressed a clear and unequivocal understanding of the right to speedy trial and voluntarily waived such right as set forth herein.

_[signature]_　　　　　　　　　　　　　　　　　_11/22/2023_
Attorney for Defendant　　　　　　　　　　　Date