UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OKLAHOMA

United States of America,

                        Plaintiff,

vs.                                    Case No.: 23-cr-235-GKF

Nicholas Lawrence Guilfoyle                 **WAIVER OF SPEEDY TRIAL**

                        Defendant.

    The Defendant, Nicholas Lawrence Guilfoyle ("Defendant") acknowledges that he/she has been fully advised of his/her right to a speedy trial and understands that right has been guaranteed by the Sixth Amendment of the United States Constitution and by the Speedy Trial Act, 18 U.S.C. § 3161. With such knowledge, Defendant freely and voluntarily waives his/her right to a speedy trial herein. Defendant requests the Court find that the ends of justice served by granting the continuance outweigh the interests of the public and Defendant in a speedy trial.

    Defendant specifically requests that all delays resulting from a continuance of his/her jury trial from January 16, 2023 to February 15, 2023 be excluded from computation under the Speedy Trial Act pursuant to 18 U.S.C. § 3161, et. seq.

_/s/ Nicholas Guilfoyle_                                        1/9/24
Defendant                                                       Date

    I have consulted with my client, Defendant, who has expressed a clear and unequivocal understanding of the right to speedy trial and voluntarily waived such right as set forth herein.

_/s/_                                                        1/9/2024
Attorney for Defendant                                  Date