**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| United States of America, | | |
| | Plaintiff, | Case No.: 23-cr-235-GKF |
| vs. | | |
| | | |
| Nicholas Lawrence Guilfoyle | | **WAIVER OF SPEEDY TRIAL** |
| | Defendant. | |

The Defendant, Nicholas Lawrence Guilfoyle ("Defendant") acknowledges that he/she has been fully advised of his/her right to a speedy trial and understands that right has been guaranteed by the Sixth Amendment of the United States Constitution and by the Speedy Trial Act, 18 U.S.C. § 3161. With such knowledge, Defendant freely and voluntarily waives his/her right to a speedy trial herein. Defendant requests the Court find that the ends of justice served by granting the continuance outweigh the interests of the public and Defendant in a speedy trial.

Defendant specifically requests that all delays resulting from a continuance of his/her jury trial from January 16, 2024 to February 15, 2024 be excluded from computation under the Speedy Trial Act pursuant to 18 U.S.C. § 3161, et. seq.

_____
Defendant

1/9/24
Date

I have consulted with my client, Defendant, who has expressed a clear and unequivocal understanding of the right to speedy trial and voluntarily waived such right as set forth herein.

_____
Attorney for Defendant

1/9/2024
Date

Waiver of Speedy Trial

(CR-06p Modified 8/2021)