UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| United States of America, | |
| Plaintiff, | |
| vs. | Case No.: 23-cr-00235-GKF-3 |
| Nicholas Lawrence Guilfoyle, | **WAIVER OF JURY TRIAL** |
| Defendant. | |

COMES NOW the undersigned defendant, and having been fully apprised of my rights, do hereby WAIVE my SIXTH AMENDMENT RIGHTS to a jury IN ALL RESPECTS both as to guilt or innocence and as to sentencing.

Accordingly, I hereby CONSENT that all matters in the above styled and numbered criminal proceedings be determined by the Court in accordance with Rule 23, Federal Rules of Criminal Procedure.

_____
Nicholas Lawrence Guilfoyle, Defendant

_____
Attorney for Defendant

CONSENT OF GOVERNMENT:

_____
Assistant United States Attorney

Signed and approved in open court on 1/25/2024.

_____
Susan E. Huntsman, U.S. Magistrate Judge

Arraignment Change of Plea Magistrate Judge                              (11/2021)